NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DENVER R. HALL,  )
                 )
        Appellant,  )
                 )
v.               )        Case No. 2D17-3334
                 )
STATE OF FLORIDA,  )
                 )
        Appellee.  )
_____)

Opinion filed April 13, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Nancy Moate Ley,
Judge.

Denver R. Hall, pro se.

PER CURIAM.

        Affirmed.

KELLY, BLACK, and SALARIO, JJ., Concur.